# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

BRANDON BUTTERFIELD., ET AL.,  )
            )
  Plaintiffs,       )
            )
v.           )  Civil No.  3:23-cv-820
            )  Judge Trauger
            )
RESTORE FRANCHISING, LLC,  )
            )
  Defendant.      )

## ORDER

It is hereby ORDERED that, by May 15, 2026, the parties shall file a status report as to this case.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE